06/18/2012  09:59    13154743153                BILLINSON&ASSOCIATES                        PAGE  02

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

PAIGE MARIE SNYDER
f/k/a THOMAS A. SNYDER

                       Plaintiffs,               12-CV-06092
                                                            (CJS)

-against-
                                                             STIPULATION

U.S. EQUITIES CORP., LINDA STRUMPF,
HAL SIEGEL, "RON WEST", WING LAM,
SERVES YOU RIGHT, INC., DAVID WARSHALL
ALEX SHAFRAN, and "JOHN DOE"

                       Defendants.
----------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for PAIGE MARIE SNYDER f/k/a THOMAS A. SNYDER on behalf of herself and all other similarly situated persons whom may be part of a potential Class in this action as Plaintiffs and DAVID WARSHALL and SERVES YOU RIGHT, INC. as Defendants to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, that DAVID WARSHALL and SERVES YOU RIGHT, INC. be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June 15, 2012
        Mineola, NY

_____                                 _____
Dustin A. Levine                                               Peter Hartnett
Ancona Associates                                          Craig J. Billison & Associates
Attorneys for Defendants                          Attorney for Plaintiffs
DAVID WARSHALL &                                 PAIGE MARIE SNYDER f/k/a
SERVES YOU RIGHT INC.                       THOMAS A. SNYDER
220 Old Country Road                             342 South Salina Street
Mineola NY, 11501                                       Syracuse, NY 13202
Phone: (516)739-1803                            Phone: (315)471-6265
Fax: (516)739-1553                                   Fax: (315)474-3153

                                                   **SO ORDERED.**

                                                  _____
                                                  CHARLES J. SIRAGUSA
                                                     U.S. District Judge
                                                    DATE  6-19-12